UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW STONECYPHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IASCO FLIGHT TRAINING, INC., a California corporation,<br><br>Defendant. | No. 2:17-cv-2409-MCE-EFB<br><br><br>ORDER |

Plaintiff has moved to compel defendant to provide further responses to discovery requests. ECF No. 43. The motion is currently noticed for hearing on September 2, 2020 but is ordered continued for the reasons stated below.

After plaintiff timely filed what is styled as a "joint statement" pursuant to Local Rule 251 (ECF No. 44), defendant filed objections and a request to strike that joint statement (ECF No. 45). It is apparent from the parties' filings that they have not complied with the court's local rules. Accordingly, the joint statement will be stricken and the hearing on the discovery motion continued.

Local Rule 251(c) requires all parties concerned with a pending discovery motion to assist in the preparation of a joint statement addressing various matters, including the parties' meet and confer efforts and each parties position and arguments as to each disputed issue. E.D. Cal. L.R.

251(c).  All arguments must be presented in the joint statement, and no other briefing will be considered.  E.D. Cal. L.R. 251(c)(3).  Furthermore, "[e]ach specific interrogatory, deposition question or other item objected to . . . shall be reproduced in full" in the parties' joint statement."  E.D. Cal. L.R. 230(c)(3).

In its objections, defendant contends that new arguments were included the version of the "joint statement" that plaintiff filed which defendant was unaware of and was unable to address in the joint statement.  ECF No. 45.  In support of that position, defendant submits the version of the joint statement that it approved for filing with the court.  *Id*. at 17-16.  After comparing the purported joint statements submitted by each party, it is apparent plaintiff's version included additional arguments not reviewed by defendant.  Further, defendant is not permitted to address them in a separate briefing.  *See* E.D. Cal. L.R. 230(c)(3)).  Accordingly, the parties will be directed to file a new joint statement including all arguments.

The joint statement submitted by plaintiff is also deficient for failure to reproduce in full each discovery request at issue as required by Local Rule 230(c).  The joint statement simply identifies by number the discovery requests that are in dispute but does not provide the specific language for each request.  Nor does it include defendant's responses/objections.[1]  Without that information, the court is unable to properly assess the arguments raised by each party.[2]

Accordingly, it is hereby ORDERED that:

1. The hearing on plaintiff's motion to compel (ECF No. 43) is continued to September 23, 2020 at 10:00 a.m., in Courtroom No. 8;

---

[1] Parties typically comply with this requirement by submitting as an exhibit to the joint statement a complete copy of the discovery requests, as well as a copy of response/objections thereto.  Here, the parties did not submit a copy of the interrogatories and requests for production of documents, nor does the joint statement reproduce in full the specific discovery requests that are in dispute.

[2] In addition to seeking to compel further responses to his discovery requests, the joint statement plaintiff filed seeks modification of the case's scheduling order.  Any request to modify the scheduling order must be presented to the district judge and be supported by a showing of good cause.  *See* Fed. R. Civ. P. 16(b)(4).  Accordingly, plaintiff if hereby notified that defendant cannot be compelled to produce discovery after November 16, 2020—the current deadline for completion of discovery—absent modification of the scheduling order by the assigned district judge.

    2.  The August 26, 2020 joint statement (ECF No. 44) is stricken; and

    3.  The parties shall file a joint statement in compliance with Local Rule 251 by no later than September 16, 2020.

DATED:  August 31, 2020.

    EDMUND F. BRENNAN  
    UNITED STATES MAGISTRATE JUDGE

3