UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW STONECYPHER, an individual, | No. 2:17-cv-2409-MCE-EFB |
| Plaintiff, | |
| v. | ORDER |
| IASCO FLIGHT TRAINING INC., a California corporation, | |
| Defendant. | |

The case was before the court on September 23, 2020, for hearing on plaintiff's motion to compel defendant to provide further responses to interrogatories and requests for production of documents ("RPD"). ECF No. 43. Attorneys Rob Hennig and Dat Phan appeared on behalf of plaintiff, and attorney Joseph Breen appeared on behalf of defendant.

For the reasons stated on the record, it is hereby ORDERED that:

1. Plaintiff's motion compel (ECF No. 43) is granted in part.

2. The parties are directed to meet and confer for the purpose of drafting a stipulated protective order governing the exchange of confidential information. The parties shall submit their stipulated protective order for the court's review by no later than September 30, 2020.

/////

/////

     3. On or before October 13, 2020, defendant shall provide further responses to plaintiff's discovery requests related to his claim under California's Private Attorney General Act as follows:

         a. Defendant shall provide plaintiff a list of names of all current and former flight instructors defendant employed from November 16, 2016 to present;

         b. Defendant shall produce documents responsive to plaintiff's Request for Production of Documents, Set Two (RPD Numbers 79-101). To protect the privacy interests of third-parties, all personal identifying information (e.g., names, social security numbers, etc.) shall be redacted. All documents shall be produced with a unique identifying number to be used in place of any names. Each individual's unique identifying number shall be consistent as to all documents used.

     4. By September 25, 2020, defendant shall produce documents responsive to plaintiff's RPD Numbers 41-45, 47, 48, 54, 55, 63, 64, 76-78.

     5. By no later than September 28, 2020, defendants shall provide plaintiff a verification describing the search that was conducted for documents responsive to RPD Numbers 41-45, 47, 48, 54, 55, 63, 64, 71-78. The verification shall be signed under penalty of perjury by an individual familiar with the search that was conducted.

     6. By no later than September 25, 2020, the parties shall schedule all remaining depositions.

     7. The balance of the motion is denied.

DATED: September 25, 2020.

                             EDMUND F. BRENNAN
                             UNITED STATES MAGISTRATE JUDGE