Rob Hennig (SBN 174646)
rob@employmentattorneyla.com
Brandon Ruiz (SBN 264603)
brandon@employmentattorneyla.com
Dat Tommy Phan (SBN 316813)
dat@employmentattorneyla.com
HENNIG RUIZ & SINGH, P.C.
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
Telephone: (213) 310-8301
Fax: (213) 310-8302

Attorneys for Plaintiff MATTHEW STONECYPHER

Michael D. Bruno (SBN 166805)
Joseph P. Breen (SBN 124330)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054
mbruno@grsm.com
jbreen@grsm.com

Attorneys for Defendant IASCO FLIGHT TRAINING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW STONECYPHER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>IASCO FLIGHT TRAINING INC., a California corporation,<br><br>    Defendant. | **CASE NO. 2:17-CV-02409-MCE-JDP**<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE; ORDER THEREON**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom:     7<br>Mag. Judge:   Hon. Jeremy D. Peterson<br>Courtroom:     8 |

**IT IS HEREBY STIPULATED** by and between the Parties to *Matthew Stonecypher v. IASCO Flight Training, Inc. et al.*, ("the Parties") by and through their

1

respective counsel of record, to seek leave of court to modify the Second Supplemental Pre-trial Scheduling Order issued on June 1, 2020, [Document 40] ("the Scheduling Order") and extend the discovery deadline based on the showing of good cause as follows:

WHEREAS, the Second Supplemental Pre-trial Scheduling Order ordered that all fact discovery, with the exception of expert discovery, shall be completed no later than November 16, 2020;

WHEREAS, the Parties seek to complete discovery and resolve outstanding discovery issues without the need to file discovery motions;

WHEREAS, an extension of the deadline beyond November 16, 2020, will allow the Parties to resolve the outstanding discovery issues including the production of documents, scheduling and completion of depositions (including one deposition commenced on October 23, 2020, that was continued as a result of technical difficulties using Zoom technology); and

WHEREAS, an extension granted until January 11, 2021, is anticipated to allow sufficient time for the Parties to resolve the outstanding discovery issues including the document production and completion of depositions referenced above, the Parties respectfully request that the Court grant leave to modify the Scheduling Order as stated below:

IT IS SO STIPULATED.  Respectfully submitted,

Dated: October 29, 2020        HENNIG RUIZ & SINGH, P.C.

By:    */s/ Rob Henning*
Rob Hennig
Brandon Ruiz
Dat Tommy Phan

Attorneys for Plaintiff
MATTHEW STONECYPHER

Dated: October 29, 2020         GORDON REES SCULLY MANSUKHANI, LLP


By:   */s/ Joseph Breen*
Joseph Breen
Attorneys for Defendant
IASCO FLIGHT TRAINING, INC.

**ORDER**

**GOOD CAUSE APPEARING**, the Second Supplemental Pre-trial Scheduling Order shall be modified to allow all fact discovery, with the exception of expert discovery, to be completed no later than January 11, 2021.

**IT IS SO ORDERED.**

**Dated: November 3, 2020**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE