UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW STONECYPHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IASCO FLIGHT TRAINING INC., a California corporation<br><br>Defendant. | No.  2:17-cv-02409-MCE-JDP<br><br>ORDER SETTING PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS FOR FURTHER HEARING AND DIRECTING DEFENDANT TO FILE A VERIFICATION<br><br>ECF No. 59 |

This case was before the court on November 24, 2020, for hearing on plaintiff's motion to compel defendant to provide further discovery and for sanctions under Federal Rule of Civil Procedure ("Rule") 37(b)(2).  ECF No. 59.  Attorneys Dat Phan and Rob Hennig appeared on behalf of plaintiff, and attorney Joseph Breen appeared on behalf of defendant.

For the reasons stated on the record, it is hereby ORDERED that:

1. Plaintiff's motion to compel defendant to provide further discovery and for sanctions under Rule 37(b)(2), ECF No. 59, is set for further hearing on December 8, 2020 at 4:00 p.m. in Courtroom 9.

2. By no later than 5:00 p.m. on December 4, 2020, defendant shall produce all payroll records, paystubs, and time records from November 2016 to present that are responsive to plaintiff's Request for Production of Documents, Set Two.  By that date and time, plaintiff shall

also file with the court a verification that describes the search that was conducted for responsive documents. The verification shall be signed under penalty of perjury by an individual with personal knowledge of the search that was performed. Defendant is admonished that the court is not inclined to modify the deadline for producing all outstanding discovery and filing its verification, and that failure to timely comply with this order may result in the imposition of sanctions.[1]

    3. Defendant shall produce Diane Eakes for deposition on December 10, 2020. The deposition shall commence at 9:30 a.m.

    4. The deposition of third-party witness Shannon Feist's shall be completed on December 3, 2020. The deposition shall commence at 9:30 a.m.

IT IS SO ORDERED.

Dated:   November 25, 2020                          _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Such sanctions may be in addition to those sought by plaintiff's motion.