UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW STONECYPHER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IASCO FLIGHT TRAINING INC., a California corporation<br><br>Defendant. | No. 2:17-cv-02409-MCE-JDP<br><br>ORDER DIRECTING DEFENDANT TO PRODUCE DOCUMENTS AND PLAINTIFF TO FILE A DECLARATION IN SUPPORT OF MOTION FOR SANCTIONS<br><br>ECF No. 59 |

This case was before the court on December 16, 2020, for further hearing on plaintiff's motion to compel defendant to provide further discovery and for sanctions under Federal Rule of Civil Procedure ("Rule") 37(b)(2). ECF No. 59. Attorneys Dat Phan and Rob Hennig appeared for plaintiff, and attorney Joseph Breen appeared for defendant.

For the reasons stated on the record, it is hereby ORDERED that:

1. Defendant shall produce all flight logs from November 2016 to present. Defendant shall also produce all flight billing records from November 2016 to present that contain information bearing on the number of hours worked by flight instructors.[1] Pursuant to the parties'

---

[1] This order should not be construed as requiring defendant to produce only flight billing records that specify a certain number of hours worked by flight instructors. Rather, it should be construed as encompassing all billing records that contain information from which hours worked could be calculated. The court acknowledges that information contained in the flight billing

1

agreement, defendant shall produce the outstanding responsive documents by no later than January 6, 2021.

2. On or before December 23, 2020, plaintiff shall submit a declaration describing the reasonable expenses he incurred in seeking defendant's compliance with Judge Brennan's September 25, 2020 order. *See* ECF No. 49. The declaration shall also specify the dates on which plaintiff received the documents defendant was required to produce pursuant to the September 25 order.

3. Defendant may file a response to plaintiff's declaration by no later than December 30, 2020.

IT IS SO ORDERED.

Dated:   December 18, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

records might be duplicative of the information in the flight logs. But given that defendant did not maintain timecards for flight instructors during a portion of the relevant period, *see* ECF No. 66, plaintiff should be afforded access to both type of documents to assist in determining the hours worked by flight instructors during the relevant period.