Rob Hennig (SBN 174646)
rob@employmentattorneyla.com
Brandon Ruiz (SBN 264603)
brandon@employmentattorneyla.com
Dat Tommy Phan (SBN 316813)
dat@employmentattorneyla.com
HENNIG RUIZ & SINGH, P.C.
3600 Wilshire Blvd., Suite 1908
Los Angeles, CA 90010
Telephone: (213) 310-8301
Fax: (213) 310-8302

Attorneys for Plaintiff MATTHEW STONECYPHER


Michael D. Bruno (SBN 166805)
Joseph P. Breen (SBN 124330)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4242
Fax: (415) 986-8054
mbruno@grsm.com
jbreen@grsm.com

Attorneys for Defendant IASCO FLIGHT TRAINING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW STONECYPHER, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>IASCO FLIGHT TRAINING INC., a California corporation,<br><br>　　　　　　Defendant. | **CASE NO. 2:17-cv-02409-MCE-JDP**<br><br>**JOINT STIPULATION FOR FURTHER LIMITED EXTENSION OF DISCOVERY DEADLINE; ORDER THEREON**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom:　7<br>Mag. Judge:　Hon. Jeremy D. Peterson<br>Courtroom:　8 |

1

**IT IS HEREBY STIPULATED** by and between the Parties to *Matthew Stonecypher v. IASCO Flight Training, Inc. et al.*, ("the Parties") by and through their respective counsel of record, to seek leave of court to further modify the Second Supplemental Pre-trial Scheduling Order issued on June 1, 2020, [Document 40] ("the Scheduling Order") and briefly extend the existing discovery deadline of January 11, 2021, until February 9, 2021, based on the showing of good cause as follows:

WHEREAS, the Second Supplemental Pre-trial Scheduling Order ordered that all fact discovery, with the exception of expert discovery, shall be completed no later than November 16, 2020;

WHEREAS, the Court issued an Order on November 3, 2020, Document No. 60, and granted the Parties an extension until January 11, 2021, to complete fact discovery, with the exception of expert discovery;

WHEREAS, the Parties seek to complete their fact discovery and resolve certain outstanding discovery issues that are now pending before Magistrate Judge Jeremy D. Peterson pursuant to the Court's orders issued on November 25, 2020, Document No. 65, and December 8, 2020, Document No. 67, respectively;

WHEREAS, a limited extension of the deadline beyond January 11, 2021, will allow the Parties to resolve the outstanding discovery issues including the production of certain documents by January 6, 2021, and the scheduling and completion of depositions as agreed by the Parties concerning such documents; and

WHEREAS, the Parties anticipate an extension granted until February 9, 2021, will allow sufficient time for the Parties to resolve the outstanding discovery issues including the document production and completion of depositions referenced above, the Parties respectfully request that the Court grant leave to modify the Scheduling Order as stated below:

IT IS SO STIPULATED.  Respectfully submitted,

Dated: December 16, 2020                    HENNIG RUIZ & SINGH, P.C.


                                            By:    /s/ Rob Henning
                                                   Rob Hennig
                                                   Brandon Ruiz
                                                   Dat Tommy Phan

                                                   Attorneys for Plaintiff
                                                   MATTHEW STONECYPHER

Dated:  December 16, 2020                   GORDON REES SCULLY MANSUKHANI, LLP


                                            By:    /s/ Joseph Breen
                                                   Joseph Breen
                                                   Attorneys for Defendant
                                                   IASCO FLIGHT TRAINING, INC.


## ORDER

In accordance with the foregoing stipulation, and good cause appearing, the Second Supplemental Pre-trial Scheduling Order shall be modified to allow all remaining fact discovery, with the exception of expert discovery, to be completed no later than February 9, 2020.  All other dates set forth in the Second Supplemental Pre-trial Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  January 5, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE