| | |
|---|---|
| 1 | Rob Hennig (SBN 174646) |
| | rob@employmentattorneyla.com |
| 2 | Brandon Ruiz (SBN 264603) |
| | brandon@employmentattorneyla.com |
| 3 | Dat Tommy Phan (SBN 316813) |
| | dat@employmentattorneyla.com |
| 4 | HENNIG RUIZ & SINGH, P.C. |
| | 3600 Wilshire Blvd., Suite 1908 |
| 5 | Los Angeles, CA 90010 |
| | Telephone: (213) 310-8301 |
| 6 | Fax: (213) 310-8302 |

Attorneys for Plaintiff MATTHEW STONECYPHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW STONECYPHER, an individual, | **CASE NO. 2:17-cv-02409-MCE-JDP** |
| Plaintiff, | **JOINT STIPULATION AND ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |
| v. | Judge:      Hon. Morrison C. England, Jr. |
| IASCO FLIGHT TRAINING INC., a California corporation, | Courtroom: 7 |
| | Mag. Judge: Hon. Edmund F. Brennan |
| Defendant. | Courtroom: 8 |

## **RECITALS**

1. WHEREAS, Plaintiff Matthew Stonecypher ("Stonecypher" or "Plaintiff") filed this action against Defendant IASCO Flight Training, Inc. ("IASCO") on or about November 15, 2017, in the United States District Court for the Eastern District of California.

2. WHEREAS, Plaintiff filed a First Amended Complaint in the Action on October 5, 2018, and filed a Second Amended Complaint on May 5, 2020, asserting individual claims for retaliation and wrongful termination in violation of 49 U.S.C. § 42121; retaliation and wrongful termination in violation of Cal. Lab. Code § 1102.5; retaliation and wrongful termination in violation of Cal. Lab. Code § 98.6; wrongful termination in violation of public policy; and solicitation of employee by misrepresentation

(collectively the Individual Claims ), as well as wage and hour representative claims for failure to provide rest and meal breaks; failure to pay minimum and overtime wages; failure to provide accurate itemized wage statements; waiting time penalties; and civil penalties under the California Private Attorneys General Act ( PAGA ) (collectively the PAGA Claims );

3. WHEREAS, the parties reached a settlement on March 8, 2021, after participating in mediation with John Leo Wagner (Ret.), a well-reputed mediator with specific expertise in California employment law, wage and hour actions, as well as PAGA actions.

4. WHEREAS, the parties have already resolved the Fifth Cause of Action for PAGA in this action, and have on June 14, 2021, filed a joint stipulation and proposed order with the Court *See* ECF No. 84.

5. WHEREAS, the Court has reviewed the joint stipulation and signed the order on July 2, 2021, approving the penalties under PAGA and dismissing Plaintiff's Fifth Cause of Action. *See* ECF No. 86.

6. WHEREAS, Defendant has now made all settlement payments owed to Plaintiff and fulfilled all other obligations required as a condition of settlement.

7. WHEREAS, Plaintiff now seeks to dismiss all remaining causes of action against Defendant, with prejudice.

**Dated:  August 13, 2021**            **Hennig Kramer Ruiz & Singh, LLP**

                                       **By:  /s/** _____
                                           **Dat Phan**
                                           **Rob Hennig**
                                           **Attorneys for Plaintiff**

**Dated:  August 13, 2021**            **Gordon Rees Scully Mansukhani, LLP**

                                       **By:  /s/** _____
                                           **Joseph Breen**
                                           **Natalie Fujikawa**
                                           **Attorneys for Defendant**

**ORDER**

Having considered the parties' JOINT STIPULATION AND ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE, and good cause appearing,

1. Plaintiff's entire action is dismissed, with prejudice.
2. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated:  August 13, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE